UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**Regions Bank,**
          *Plaintiff;*

v.

**Victory Pipeline, LLC,** *et al.*,
          *Defendants.*

Case No. 3:20-cv-00503-HTW-LRA

**Response to Motion for Extension of Time to File Answer to Complaint**

Regions Bank ("Bank") responds to Defendant James B. Furrh, III's ("Furrh") Motion for Extension of Time to File Answer to Complaint (the "Motion," Dkt. 3) as follows:

1. The Bank does not oppose the relief requested in the Motion.

2. But the Bank disagrees with paragraph 7 of the Motion. Furrh provided no explanation to the Bank for his requested extension. The Bank's counsel advised it was not agreeable to an extension but asked for a basis to consider. Furrh's counsel provided no basis and advised he would file a motion.

3. Now that Furrh has provided a reason for an extension, the Bank is agreeable to allowing Furrh until September 28, 2020, to answer or respond to the complaint.

Dated: August 24, 2020.

          **Regions Bank**

By:  /s/ Timothy J. Anzenberger
      Timothy J. Anzenberger (MSB No. 103854)
      ADAMS AND REESE LLP
      1018 Highland Colony Parkway, Suite 800
      Ridgeland, MS 39157
      Telephone:    601.353.3234
      Facsimile:     601.355.9708
      tim.anzenberger@arlaw.com